UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>STEVEN C. MANNION<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2064<br>NEWARK, NJ 07101<br>973-645-3827 |

August 16, 2016

**LETTER ORDER/OPINION**

Re:   D.E. 15, Reconsideration of Application for Appointment
          of Pro Bono Counsel
       Niblack v. Miglio et al
       **Civil Action No. 16-cv-747 (MCA)(SCM)**

Dear Litigants:

This matter comes before the Court upon review of Plaintiff, Stanley Niblack's ("Mr. Niblack") a) Appeal of Denial of Application for Appointment of *Pro Bono* Counsel,[1] and b) his reply to the State's opposition to his informal motion for Appointment of *Pro Bono* Counsel.[2]  Mr. Niblack complains that the Court decided the motion without providing him time to submit a reply, and requests that "the Court … reconsider" his circumstances.[3]

The Court has reviewed the parties' pleadings, Mr. Niblack's Application, the opposition, and now his reply to the opposition.[4] Mr. Niblack's application and reply claims a medical impairment, but those allegations have not been supported with competent medical evidence. Conversely, defendants submitted a declaration from Dr. Ralph Woodward, M.D. who reviewed Mr. Niblack's medical record and stated, "The medical record does not state nor provide any medical reasons to

---

[1] (ECF Docket Entry No. ("D.E.") 14).

[2] (D.E. 14, Appeal at 2).

[3] (D.E. 15, Pl. Reply).

[4] (D.E. 1, 8, 10, 15).

support Niblack's claim that he cannot or should not write or type nor does the clinician instruct Mr. Niblack to stop writing."[5]  Accordingly, for the reasons set forth in the Court's July 13, 2016 Order/Opinion[6] and the reasons set forth herein, the Application is **denied without prejudice**.

**SO ORDERED.**



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

8/16/2016 4:27:31 PM

c (via ECF):
All Counsel

c (via U.S. Mail R.R.R.):

Stanley L. Niblack, #923038A/769213
South Woods State Prison
215 South Burlington Road
Bridgeton, NJ 08302

---

[5] (D.E. 10, Df. Opposition, Exh. B ¶ 3).

[6] (D.E. 12, Opinion).